IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV241-1-MU

WAYNE CARROTHERS, JR., )
)
    Plaintiff, )
)
v. ) **O R D E R**
)
ROBERT W. HUNEYCUTT, et al., )
)
    Defendants. )
_____)

**THIS MATTER** comes before the Court for initial review upon Plaintiff's Complaint pursuant to 42 U.S.C. § 1983 (Document No. 1), filed May 27, 2008.

After a careful review of the record, the Court finds that Defendants should file an answer detailing Plaintiff's allegations and responding to each.

**IT IS THEREFORE ORDERED THAT** the Clerk shall issue summons and deliver it forthwith to the U. S. Marshal who will make service of process without additional cost.

Signed: June 3, 2008

Graham C. Mullen
United States District Judge