IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV241-1-MU

| | |
|---|---|
| WAYNE CARROTHERS, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT W. HUNEYCUTT, <u>et al.</u>, )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** comes before the Court upon Defendants Shields, King, Thompson, and Barry's[1] Motion for Stay of Proceedings (Doc. No. 14), filed July 17, 2008.

After a careful review of the record, the Court, in its discretion and for good cause shown, finds that Defendants' request for a stay of the proceedings is reasonable and will grant a stay of ninety days. Counsel for Defendants Shields, King, Thompson, and Barry is directed to advise the Court by letter on or before November 24, 2008, as to the status of this matter.

**IT IS THEREFORE ORDERED THAT:**

1. Defendants Shields, King, Thompson, and Barry's Motion for Stay of Proceedings is **GRANTED** and this matter is stayed for ninety days.; and

---

[1] In a separate filing Defendant Huneycutt joins these Defendants request for a stay.

2. Counsel for Defendants Shields, King, Thompson, and Barry is directed to advise the Court by letter on or before November 24, 2008, as to the status of this matter.

Signed: August 25, 2008

Graham C. Mullen
United States District Judge