# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Wayne Carrothers, Jr. ,

       Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                          3:08-cv-241

Robert W. Huneycutt, et al,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 26, 2012 Order.


                                                    Signed: March 26, 2012

Frank G. Johns, Clerk
United States District Court